**Tyrone L. ROBERSON, Plaintiff–Appellant,**

v.

**Larry DuBOSE, Captain; Mr. Sottile, Chief Jailer; J. Jenkins, Jailer, Defendants–Appellees.**

No. 00–7514.

United States Court of Appeals, Fourth Circuit.

Submitted Dec. 20, 2000.

Decided Jan. 16, 2001.

Tyrone L. Roberson, pro se. Isaac McDuffie Stone, III, Law Office of Duffie Stone, Bluffton, SC, for appellees.

Before WILKINS, LUTTIG, and MOTZ, Circuit Judges.

PER CURIAM.

Tyrone Lamar Roberson, a South Carolina inmate, appeals the district court's order granting summary judgment to Defendants, denying his motion for appointment of counsel, denying his writ of mandamus and denying relief requested in supplemental motions to his 42 U.S.C.A. § 1983 (West Supp.2000) complaint under 28 U.S.C.A. § 1915A (West Supp.2000). This Court reviews only those issues raised in the appellant's informal brief, therefore, only the motion for summary judgment is before this Court. 4th Cir. R. 34(b). We have reviewed the record and the district court's opinion accepting the magistrate judge's recommendation and find that this appeal is frivolous. Accord-

ingly, we dismiss the appeal on the reasoning of the district court. *See Roberson v. DuBose,* No. CA–97–3444–5–11–BF (D.S.C. Sept. 13, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*